```
                    UNITED STATES DISTRICT COURT

                    MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA
                                              CRIMINAL
VERSUS
                                              NO.  06-181-FJP-DLD
EARL HENRY LEET
```

**ORDER**

**IT IS ORDERED** that all witnesses shall be sequestered during the course of this trial.  Therefore, while the trial is being conducted, all witnesses must remain outside of the courtroom.  No witness shall be permitted to discuss his or her testimony with any other witness.  No witness shall be permitted to tell another witness what his or her testimony is, was, or will be, nor shall a witness be permitted to ask another witness what his or her testimony is, was or will be.  Furthermore, no witness shall be permitted to watch, listen to or read any news account of this case.  The witnesses may talk to any of the lawyers in the case, but are not required to do so.

It shall be the responsibility of the lawyers to give a copy of this order to each of their respective witnesses.

Baton Rouge, Louisiana, January 13, 2009.

```
                                    _____
                                    FRANK J. POLOZOLA
                                    MIDDLE DISTRICT OF LOUISIANA
```

Doc#45705