UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA.

v.

EARL LEET

CRIMINAL ACTION
NUMBER: 06-0181-FJP-DLD

## ORDER

Pursuant to Local Rule 5.7.01M and General Order 2006-10, effective March 1, 2007, the court will accept for filing only those documents submitted and signed or verified by electronic means.

In December, 2006 registration forms were mailed to all attorneys in good standing for this District who were not enrolled to file electronically. Confirmation letters were mailed to all attorneys in good standing for this District who were already enrolled to file electronically.

Troy A. Humphrey failed to register for email notification of case filings in the above captioned matter.

Accordingly, IT IS ORDERED that Troy A. Humphrey **SHOW CAUSE IN WRITING** within 10 days, why he/she should not be held in contempt of court or other appropriate sanctions imposed for failure to register for mandatory electronic case filing.

Baton Rouge, Louisiana, January 15, 2009

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA