# Rainer, Anding & McLindon

Attorneys at Law
8480 Bluebonnet Boulevard, Suite D
Baton Rouge, Louisiana 70810

Robert R. Rainer
George K. Anding, Jr.
John S. McLindon
Drew M. Talbot

Telephone (225) 766-0200
Facsimile (225) 766-0279

RECEIVED
JAN 22 2009
FRANK J. POLOZOLA
U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

January 20, 2009

Honorable Frank J. Polozola
United States District Court Judge
777 Florida Street, 3rd Floor
Baton Rouge, LA 70801-1712

Re: United States v. Earl Leet
Case Number 06-181-FJP-DLD

Dear Judge Polozola:

During the trial of the above captioned case, you stated that you wanted Mr. Joseph Castille, the expert witness for the defense, to self report to the Office of Disciplinary Counsel. I told you I would assist Mr. Castille with that. I contacted the Office of Disciplinary Counsel and was told that because Mr. Castille is not yet a member of the bar, the Office of Disciplinary Counsel would not have jurisdiction over this. We were instructed to report to the Committee on Bar Admissions.

You had stated in open Court that you wanted to hear from somebody within ten (10) days of trial that this was going to take place. If you have any additional questions please do not hesitate to contact me. Thank you for your professional courtesies.

Sincerely,

John S. McLindon

JSM/ch

Cc: Corey Amundson