UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| versus | : | CRIMINAL NO. 06-181-FJP-DLD |
| EARL HENRY LEET | : | |

# Exhibit List

| U. S. Exhibit No. | Description |
|---|---|
| 1 | Photo(filed UNDER SEAL) |
| 2 | Photo(filed UNDER SEAL) |
| 3 | Photo(filed UNDER SEAL) |
| 4 | Photo(filed UNDER SEAL) |
| 5 | Photo(filed UNDER SEAL) |
| 6 | Photo(filed UNDER SEAL) |
| 7 | Photo(filed UNDER SEAL) |
| 8 | Photo(filed UNDER SEAL) |
| 9 | Photo(filed UNDER SEAL) |
| 10 | Photo(filed UNDER SEAL) |
| 11 | Gateway Service Acknowledgment |
| 12 | 3 Copies of Pictures of Computer(substituted for original computer) |
| 13(tendered) | Internet Presentation |
| 14(tendered) | Rapido-my documents |
| | DEFENDANT'S EXHIBITS |
| D-1 | Computer Analysis Response Team, Examination Notes-Terri J. Campbell |

Doc#45779

| D-2 | Application and Affidavit For Search Warrant |
| D-3 | FBI-302 investigation on 9/27/01 at Baton Rouge, LA |
| D-4 | Chain of Custody FD-192 |
| D-15 | FBI document dated 12/22/2003, Synopsis: Late Submission of Evidence |
| D-5(tendered) | FBI-302 investigation on 8/25/06 at St. Francisville, LA |