UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

*versus*  CRIMINAL NO. 06-181-FJP-DLD

EARL HENRY LEET

## FINAL ORDER OF FORFEITURE

**WHEREAS**, Earl Henry Leet, Defendant herein, having been found guilty of the charged offense on January 15, 2009, and through counsel, agreed to the forfeiture allegation in the indictment ; and

**WHEREAS**, beginning on January 29, 2010, and ending on February 27, 2010, in accordance with law, the Notice of the Preliminary Order of Forfeiture, which included the GATEWAY ASTRO computer bearing serial number 1096040923 was posted on an official government internet site for at least 30 consecutive days advising third parties of their right to petition the Court within for a hearing to adjudicate the validity of their alleged interest in the property; and

**WHEREAS**, the Court has been advised that no petitions have been filed asserting a legal interest in the property listed above;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that full right, title and interest in the GATEWAY ASTRO computer bearing serial number 1096040923 is hereby condemned, forfeited and vested in the United States of America, to be disposed of in accordance with law.

Dated and so ordered this ___8___ day of March, 2010, at Baton Rouge, Louisiana.

_____
FRANK J. POLOZOLA
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA